DOWNEY BRAND LLP
JEFFREY S. GALVIN (Bar No. 170223)
AVALON J. FITZGERALD (Bar No. 288167)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
jgalvin@downeybrand.com
afitzgerald@downeybrand.com

Attorneys for Defendants
CYNTHIA HARLEY, and
CYNTHIA HARLEY, TRUSTEE OF THE
HARLEY FAMILY TRUST U/D/T DATED
DECEMBER 15, 1988

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN RUMBAUGH, TRUSTEE OF THE EDITH AND JAMES HARLEY TRUST DATED AUGUST 31, 1981,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA HARLEY, CYNTHIA HARLEY, TRUSTEE OF THE HARLEY FAMILY TRUST U/D/T DATED DECEMBER 15, 1988, and DOES I through X,<br><br>Defendants. | Case No. 2:17-CV-01970-KJM-AC<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff ROBIN RUMBAUGH, TRUSTEE OF THE EDITH AND JAMES HARLEY TRUST DATED AUGUST 31, 1981 ("Rumbaugh") and Defendants CYNTHIA HARLEY and CYNTHIA HARLEY, TRUSTEE OF THE HARLEY FAMILY TRUST U/D/T DATED DECEMBER 15, 1988, ("Harley") (together, the "Parties") by and through their counsel, and pursuant to Local Rule 230(f), hereby stipulate as follows:

WHEREAS, Rumbaugh filed her First Amended Complaint on September 11, 2018;

WHEREAS, Harley's deadline to file a responsive pleading is presently set for September 25, 2018, pursuant to Federal Rule of Civil Procedure 15; and

1

1531856.1

STIPULATION AND [PROPOSED] ORDER

WHEREAS, Harley's counsel will be out of town on pre-planned trip from September 18, 2018, to September 24, 2018;

NOW THEREFORE, the Parties agree, subject to the Court's approval, that:

Harley shall have a two week extension, up to and including October 5, 2018, to file her responsive pleading to Rumbaugh's First Amended Complaint.

IT IS SO STIPULATED.

DATED: September 18, 2018        DOWNEY BRAND LLP

By: */s/ Avalon J. Fitzgerald*
AVALON J. FITZGERALD
Attorney for Defendants
CYNTHIA HARLEY, and
CYNTHIA HARLEY, TRUSTEE OF THE
HARLEY FAMILY TRUST U/D/T DATED
DECEMBER 15, 1988

DATED: September 18, 2018        KALICKI COLLIER, LLP

By: */s/ John Collier authorized on 9/18/2018*
JOHN COLLIER
MARK A. GOODMAN
Attorney for Plaintiff
ROBIN RUMBAUGH, TRUSTEE OF THE
EDITH AND JAMES HARLEY TRUST DATED
AUGUST 31, 1981

1531856.1

**ORDER**

IT IS SO ORDERED.

DATED: September 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

DOWNEY BRAND LLP